Rachel Blyumkin (SBN: 326718)
Email: rachel@thedebtdefense.com
1001 Wilshire Boulevard, Suite 2236
Los Angeles California 90017
Tel: 833-952-9669

Attorneys for Plaintiff,
Richard Wayne Glover

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD WAYNE GLOVER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NEXTSTEP FINANCIAL DEBT SETTLEMENT LLC and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant(s). | Case No.:   8:22-cv-01935-DOC-KES<br><br>**REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |

1
**REQUEST FOR DISMISSAL WITHOUT PREJUDICE**

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**:

Plaintiff RICHARD WAYNE GLOVER ("Plaintiff") hereby dismisses his Complaint against Defendant NEXTSTEP FINANCIAL DEBT SETTLEMENT LLC without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(A)(i).

DATED: January 30, 2023

By: /s/ Rachel Blyumkin
Rachel Blyumkin
Attorney for Plaintiff
Richard Wayne Glover